THE LAW OFFICES OF RICHARD K. WERNER
RICHARD K. WERNER, ESQ., SBN: 133522
601 University Avenue, Suite 255
Sacramento, California 95825
Telephone: 916.929.3162
Facsimile: 916.929.3167

Attorneys for Plaintiff
KATHLEEN SEIFERT                                    **OK/HAV**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SEIFERT, ) | CASE NO.  S-04-0553 DFL GGH |
| )  Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| UNITED STATES DEPARTMENT ) OF AGRICULTURE, SCOTT MILES ) and DOES 1 - 25, inclusive, ) | |
| Defendants. ) | |

    IT IS HEREBY STIPULATED AND AGREED UPON by counsel for the parties as follows:

        The current Motion for Summary Judgment set for September 28. 2005 and related dates will be continued.  Motion for Summary Judgment will be heard on November 9, 2005 at 10:00 a.m.; Pre-Trial January 13, 2006, at 2:00 p.m., and Trial March 27, 2006, at 9:00 a.m..

DATED:  September 28, 2005        /s/
                                  RICHARD K. WERNER
                                  Attorney for Plaintiffs

DATED:                            /s/
                                  DEBORA G. LUTHER
                                  Attorney for Defendants

1.

*Stipulation and Order*

1
2      IT IS THEREFORE ORDERED:
3      That the Motion for Summary Judgment and the related dates be continued as set forth
4 herein and agreed to by the parties.
5 DATED: <u>09/28/2005</u>
                                    <u>/s/ David F. Levi</u>
                                    THE HONORABLE DAVID F. LEVI

2.

*Stipulation and Order*