IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SEIFERT,<br><br>             Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES FOREST SERVICE,<br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE, and DOES 1 - 25,<br>inclusive,<br><br>             Defendants. | No. CIV. S-04-0553 DFL GGH<br><br>**ORDER OF DISMISSAL** |

This action, as it pertains to Plaintiff's claims against defendants the United States of America, United States Forest Service, and United States Department of Agriculture, is hereby DISMISSED WITH PREJUDICE pursuant to Plaintiff Kathleen Seifert's and the United States of America's Stipulation for Compromise Settlement, Releases and Dismissal filed herein on December 27, 2006.  The Clerk of the Court shall enter the dismissal and release in the official docket.

IT IS SO ORDERED.

DATED: January 8, 2007

/s/ David F. Levi
DAVID F. LEVI
Chief United States District Judge

**CERTIFICATE OF SERVICE**

Order of Dismissal
[proposed]

1

2   The undersigned hereby certifies that she is an employee in
the office of the United States Attorney for the Eastern District
3   of California and is a person of such age and discretion as to be
competent to serve papers.

4

5   That on **December __, 2006** she served a copy of:

6         **ORDER OF DISMISSAL**
      **[proposed]**

7

8   by placing said document(s) in postage paid envelope(s) addressed
to the persons listed below, which are the last known addressees,
9   and deposited said envelope(s) in the United States mail in
Sacramento, California.

10
ADDRESSEE(S):
11
KATHLEEN SEIFERT
12  13850 N. 19th Avenue, # 132
Phoenix, AZ 85023

13

14

15

16

17
                                                  _____
18                                                    JANET BAIN
                                                  Legal Assistant
19

20

21

22

23

24

25

26

27

28